JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

**FILED**
CLERK, U.S. DISTRICT COURT
MAR 13, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Deborah D. Mitchell,<br><br>　　　　　Defendant | No. 2: 14 CV 61 SVW(Ex)<br><br>CONSENT JUDGMENT<br><br>JS-6 |

　　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Deborah D. Mitchell, in the principal amount of $2,633.59 plus interest accrued to January 2, 2014, in the sum of $4,344.37; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,977.96**.

DATED: MARCH 13, 2014　　　　By: _____
　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　United States District Judge